ASHLAND WINDOW & HOUSE CLEANING CO., INC., Appellant, v. THE METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Respondent, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

JULIA GREEN, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

MARION DUFFY and PATRICK DUFFY, Respondents, v. OTTO H. OSENKOP, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Glennon, J., taking no part.

ELSIE HUNSDON, as Executrix of NELLIE M. ROLFE, Deceased, and LIDA R. MILLSPAUGH, Respondents, v. MEYER F. LEWIS and RICHARD HARRIS, Appellants. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

COMPOUND PRODUCTS CORPORATION, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to serve a new answer within ten days after service of order, setting forth with clarity the final certificate relied upon, on payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

CAROLINE S. BONNELL, Appellant, v. GEORGE P. P. BONNELL, Respondent.— Judgment unanimously affirmed, without costs, without prejudice to a new action in the event that defendant fails to provide for the plaintiff. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of Proving the Last Will and Testament of LOUIS LUBINSKY, Deceased. CELIA LEVINE, Contestant, Appellant, Respondent; ROSE L. LEVITT, Petitioner, Proponent, Respondent, Appellant; MOLLIE LUBINSKY and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondent-proponent and the respondent-contestant payable out of the estate. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH DeSANTIS, Appellant, v. THE WARDEN OF THE NEW YORK CITY PENITENTIARY, RIKER'S ISLAND, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [176 Misc. 844.]

LEWIS N. ROSENBAUM and Another, Respondents, v. HIGGINS INDUSTRIES, INC., Appellant, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order, upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.